# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: STOCKIN, CARY J | § | Case No. 11-06623 |
| STOCKIN, KERRI B | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MICHAEL G. BERLAND                  , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within     9 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 09/02/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: <u>07/27/2011</u>        By: <u>/s/ Michael G. Berland</u>

Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: STOCKIN, CARY J                    §    Case No. 11-06623
        STOCKIN, KERRI B                   §
                                            §
Debtor(s)                                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,709.84 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 7,709.84 |

| **Balance on hand:** | $ | 7,709.84 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 7,709.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,520.98 | 0.00 | 1,520.98 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,520.98 |
| Remaining balance: | $ | 6,188.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,188.86 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,188.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,348.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), by American Infosource agent | 11,247.65 | 0.00 | 975.64 |
| 2 | Chase Bank USA, N.A. | 646.80 | 0.00 | 56.10 |
| 3 | University Anesthesiologists SC | 159.30 | 0.00 | 13.82 |
| 4 | Elan Financial Services | 16,412.58 | 0.00 | 1,423.64 |
| 5 | Citibank South Dakota NA | 10,983.21 | 0.00 | 952.69 |
| 6 | FIA Card Services,A/Bank of America, American Infosource,age | 30,960.85 | 0.00 | 2,685.57 |
| 7 | FIA Card Services,/Bank of America, American infosource, age | 938.40 | 0.00 | 81.40 |

Total to be paid for timely general unsecured claims: $ 6,188.86
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

|  | | | |
|--|--|--|--|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

|  | | | |
|--|--|--|--|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-06623-BWB
Cary J Stockin                                                      Chapter 7
Kerri B Stockin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster        Page 1 of 1          Date Rcvd: Jul 29, 2011
                             Form ID: pdf006         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2011.
db/jdb        +Cary J Stockin,   Kerri B Stockin,   22144 W Hwy 113,   Wilmington, IL 60481-9558
aty           +Anita Khachikyan,   Legal Helpers,   233 S. Wacker Dr., Ste. 5150,   Chicago, IL 60606-6371
tr            +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
16843037       Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16843038      +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
17195050       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
               Oklahoma City, OK  73124-8839
16843041      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16843040      +Chase,   9451 Corbin Avenue,   Northridge, CA 91324-1665
17207432       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16843042      +Citibank,   Attention: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
17411814      +Citibank South Dakota NA,   DBA,   4740 121st St,   Urbandale, IA 50323-2402
16843044      +ENT Surgical Consultants,   2201 Glenwood Ave,   Joliet, IL 60435-5660
16843043       Elan Financial Service,   Cb Disputes,   Saint Louis, MO 63166
16843045      +JDT Medical Billing Ltd,   36007 Eagle Way,   Chicago, IL 60678-1360
16843046      +MQC Collection Services,   PO Box 140700,   Toledo, OH 43614-0700
16843047      +Rush University Medical Center,   1700 W. Van Buren Street,   Suite 161 TOB,
               Chicago, IL 60612-5500
17367236      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  Elan Financial Services,   PO Box 5229,   Cincinnati, OH 45201)
16843050      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank,   Po Box 5227,   Cincinnati, OH 45201)
16843048      +University Anesthesiologists SC,   Lock Box 128,   Glenview, IL 60025-0128
16843049      +University Pathologists,   5620 Southwyck Blvd,   Toledo, OH 43614-1501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16843039      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2011 02:09:27     Capital One, N.a.,
               C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
17518791       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2011 02:09:27
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                       TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2011**                    **Signature:**   _Joseph Speetjens_